**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01024-CV

**MICHELLE KIM, Appellant**

**V.**

**KUM SUN HENDRICKSON, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-02872**

## ORDER

We **GRANT** appellant's October 3, 2013 unopposed motion for an extension of time to file the reporter's record and the clerk's record. The reporter's record and clerk's record shall be filed **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**.

/Ada Brown/
ADA BROWN
JUSTICE